Brian E. Mitchell (SBN 190095)
Jigang Jin (SBN 239465)
MITCHELL + COMPANY, LAW OFFICES
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:     (415) 766-3515
Facsimile:      (415) 402-0058
Email:           info@mcolawoffices.com

Craig C. Daniel (SBN 212588)
Axcel Law Partners LLP
548 Market St #16281
San Francisco, CA 94104
Telephone:     (415) 704.8800
Facsimile:      (415) 704.8804
Email:           cdaniel@ax-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>            Plaintiff,<br>     v.<br><br>Suprema, Inc.,<br><br>            Defendant. | No. C 11-03450SI<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMNET CONFERENCE |

   The Court, having considered the *ex parte* motion made on September 27, 2011 by Plaintiff SecuGen Corp., and good cause appearing therefor,

   IT IS ORDERED that the Initial Case Management Conference for the above-captioned matter is continued to __ 1/13/12 @ 2:30 PM__.

   **SO ORDERED**.

DATED: ___9/29/11_____       _____
                                  UNITED STATES DISTRICT COURT JUDGE

1