```
 1  Brian E. Mitchell (SBN 190095)
    Jigang Jin (SBN 239465)
 2  MITCHELL + COMPANY, LAW OFFICES
 3  4 Embarcadero Center, Suite 1400
    San Francisco, CA 94111
 4  Telephone: (415) 766-3515
    Facsimile: (415) 402-0058
 5
    Craig C. Daniel (SBN 212588)
 6  AXCEL LAW PARTNERS LLP
 7  4 Embarcadero Center, Suite 1400
    San Francisco, CA 94111
 8  Telephone: (415) 704.8800
    Facsimile: (415) 704.8804
 9  Attorneys for Plaintiff

10  Attorneys for Plaintiff,
    SECUGEN CORPORATION
11
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECUGEN CORPORATION,<br><br>      Plaintiff,<br>vs.<br><br>SUPREMA, INC.; RBH ACCESS TECHNOLOGIES, INC.; RBH USA, INC.; AND APIARY INC.,<br><br>      Defendants. | Case No.: 11-cv-03450-SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR FINAL INJUNCTIVE RELIEF AND DISMISSAL OF CLAIMS AGAINST RBH ACCESS TECHNOLOGIES, INC. AND RBH USA, INC. |

**WHEREAS** Plaintiff SECUGEN CORPORATION ("SecuGen") has filed the instant action on July 14, 2011, and filed a First Amended Complaint for Patent Infringement on October 14, 2011 ("the Lawsuit"), alleging that Defendants RBH ACCESS TECHNOLOGIES, INC. ("RBH Access") and RBH USA, INC. ("RBH USA")

infringed U.S. Patent No. 6,324,020 ("the 020 Patent") by incorporating infringing fingerprint recognition devices from Suprema, Inc. ("Suprema FRDs") into products that RBH Access and RBH USA have offered to sell, distributed and/or sold within the United States.

**WHEREAS,** while denying any liability, RBH Access and RBH USA wish to resolve the claims SecuGen has made against them in the Lawsuit, and by this Stipulation and Order the parties intend to and do resolve all claims arising under and related to this litigation.

**THEREFORE** the parties have agreed and hereby stipulate as follows:

1. <u>Stipulated Injunctive Relief.</u> RBH Access and RBH USA are hereby permanently enjoined and prohibited from importing, offering for sale, distributing, or selling within the United States products incorporating non-licensed Suprema FRDs (as described in paragraphs 11 and 12 of the First Amended Complaint) including those products labeled RBH-BFR-200-S, RBH-BFR-200-M, RBH-BFR-300-S, RBH-BFR-300-M, and RBH-BFR-USA ("the Accused Products").

2. <u>Production of Sales and Source Information.</u> Within three (3) days of the date of this Order, RBH Access and RBH USA shall provide to SecuGen, through its counsel, the following information: (a) the identity and contact information for RBH Access and RBH USA's source of the Accused Products; and (b) data sufficient to disclose all sales of the Accused Products by RBH Access and RBH USA in the United States.

STIPULATION AND ORDER FOR FINAL
INJUNCTIVE RELIEF AND DISMISSAL OF
CLAIMS AGAINST RBH ACCESS
TECHNOLOGIES, INC. AND RBH USA, INC.

– 2 –

Civ. No.: 11-cv-03450-SI

3. <u>Release and Dismissal of Claims</u>. In return for the above permanent injunctive relief and sales and source information, SecuGen hereby dismisses its claims against RBH Access and RBH USA in the Lawsuit with prejudice, and SecuGen hereby releases and discharges the claims SecuGen asserted in the Lawsuit against RBH Access and RBH USA (which includes their respective shareholders, directors, officers and employees) arising from or related to the infringement of the '020 Patent as alleged in the First Amended Complaint.

**SO STIPULATED:**

DATED: November 30, 2011        ARCHER & GREINER, PC

By: _____
Joseph A. Martin
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Direct Dial: 856-354-3136
Fax: 856-795-0574
jmartin@archerlaw.com

*Attorneys for Defendants*
*RBH Access Technologies, Inc. and RBH USA, Inc.*

DATED: November 30, 2011        MITCHELL + COMPANY, LAW OFFICES

By: _____
Brian E. Mitchell
MITCHELL + COMPANY, LAW OFFICES
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3515
Facsimile: (415) 402-0058

*Attorneys for Plaintiff*

STIPULATION AND ORDER FOR FINAL INJUNCTIVE RELIEF AND DISMISSAL OF CLAIMS AGAINST RBH ACCESS TECHNOLOGIES, INC. AND RBH USA, INC.   – 3 –   Civ. No.: 11-cv-03450-SI

*SecuGen Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/1/11        By: _____
                          HON. SUSAN ILLSTON, U.S.D.J.

---

STIPULATION AND ORDER FOR FINAL INJUNCTIVE RELIEF AND DISMISSAL OF CLAIMS AGAINST RBH ACCESS TECHNOLOGIES, INC. AND RBH USA, INC.         – 4 –         Civ. No.: 11-cv-03450-SI