1  Brian E. Mitchell (SBN 190095)
2  Jigang Jin (SBN 239465)
   MITCHELL + COMPANY, LAW OFFICES
3  4 Embarcadero Center, Suite 1400
   San Francisco, CA 94111
4  Telephone: (415) 766-3515
   Facsimile: (415) 402-0058
5
6  Craig C. Daniel (SBN 212588)
   AXCEL LAW PARTNERS LLP
7  4 Embarcadero Center, Suite 1400
   San Francisco, CA 94111
8  Telephone: (415) 704.8800
   Facsimile: (415) 704.8804
9  Attorneys for Plaintiff
10 Attorneys for Plaintiff,
   SECUGEN CORPORATION
11
12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION

14 SECUGEN CORPORATION,

15                        Plaintiff,        Case No.:   11-cv-03450-SI
          vs.
16
   SUPREMA, INC.; RBH ACCESS           STIPULATION AND [PROPOSED]
17 TECHNOLOGIES, INC.; RBH USA, INC.;  ORDER FOR FINAL INJUNCTIVE
   AND APIARY INC.,                    RELIEF AND DISMISSAL OF CLAIMS
18                                      AGAINST RBH ACCESS
                          Defendants.   TECHNOLOGIES, INC. AND RBH USA,
19                                      INC.

20

21

22
           **WHEREAS** Plaintiff SECUGEN CORPORATION ("SecuGen") has filed the
23
   instant action on July 14, 2011, and filed a First Amended Complaint for Patent
24
   Infringement on October 14, 2011 ("the Lawsuit"), alleging that Defendants RBH
25
   ACCESS TECHNOLOGIES, INC. ("RBH Access") and RBH USA, INC. ("RBH USA")
26

1  infringed U.S. Patent No. 6,324,020 ("the 020 Patent") by incorporating infringing

2  fingerprint recognition devices from Suprema, Inc. ("Suprema FRDs") into products that

3  RBH Access and RBH USA have offered to sell, distributed and/or sold within the

4  United States.

5  

6  **WHEREAS,** while denying any liability, RBH Access and RBH USA wish to

7  resolve the claims SecuGen has made against them in the Lawsuit, and by this Stipulation

8  and Order the parties intend to and do resolve all claims arising under and related to this

9  litigation.

10  **THEREFORE** the parties have agreed and hereby stipulate as follows:

11  

12  1.    <u>Stipulated Injunctive Relief</u>.    RBH Access and RBH USA are hereby

13  permanently enjoined and prohibited from importing, offering for sale, distributing, or

14  selling within the United States products incorporating non-licensed Suprema FRDs (as

15  described in paragraphs 11 and 12 of the First Amended Complaint) including those

16  products labeled RBH-BFR-200-S, RBH-BFR-200-M, RBH-BFR-300-S, RBH-BFR-

17  300-M, and RBH-BFR-USA ("the Accused Products").

18  

19  2.    <u>Production of Sales and Source Information</u>.  Within three (3) days of the

20  date of this Order, RBH Access and RBH USA shall provide to SecuGen, through its

21  counsel, the following information: (a) the identity and contact information for RBH

22  Access and RBH USA's source of the Accused Products; and (b) data sufficient to

23  disclose all sales of the Accused Products by RBH Access and RBH USA in the United

24  States.

25  

26  

STIPULATION AND ORDER FOR FINAL                  – 2 –                  Civ. No.: 11-cv-03450-SI
INJUNCTIVE RELIEF AND DISMISSAL OF
CLAIMS AGAINST RBH ACCESS
TECHNOLOGIES, INC. AND RBH USA, INC.

3.    Release and Dismissal of Claims.  In return for the above permanent injunctive relief and sales and source information, SecuGen hereby dismisses its claims against RBH Access and RBH USA in the Lawsuit with prejudice, and SecuGen hereby releases and discharges the claims SecuGen asserted in the Lawsuit against RBH Access and RBH USA (which includes their respective shareholders, directors, officers and employees) arising from or related to the infringement of the '020 Patent as alleged in the First Amended Complaint.

**SO STIPULATED:**

DATED:       November 3<sup>0</sup>, 2011          ARCHER & GREINER, PC

By: _____
                                         Joseph A. Martin
                                         Archer & Greiner, P.C.
                                         One Centennial Square
                                         Haddonfield, NJ 08033
                                         Direct Dial: 856-354-3136
                                         Fax: 856-795-0574
                                         jmartin@archerlaw.com

                                         *Attorneys for Defendants*
                                         *RBH Access Technologies, Inc. and RBH USA, Inc.*

DATED:       November 30, 2011          MITCHELL + COMPANY, LAW OFFICES

By: _____
                                         Brian E. Mitchell
                                         MITCHELL + COMPANY, LAW
                                         OFFICES
                                         4 Embarcadero Center, Suite 1400
                                         San Francisco, CA 94111
                                         Telephone: (415) 766-3515
                                         Facsimile: (415) 402-0058

                                         *Attorneys for Plaintiff*

STIPULATION AND ORDER FOR FINAL                              – 3 –                              Civ. No.: 11-cv-03450-SI
INJUNCTIVE RELIEF AND DISMISSAL OF
CLAIMS AGAINST RBH ACCESS
TECHNOLOGIES, INC. AND RBH USA, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*SecuGen Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __12/1/11__

By: _____

HON. SUSAN ILLSTON, U.S.D.J.