1   Brian E. Mitchell (SBN 190095)
    Jigang Jin (SBN 239465)
2   MITCHELL + COMPANY, LAW
    OFFICES
3   4 Embarcadero Center, Suite 1400
    San Francisco, CA 94111
4   Telephone: (415) 766-3515
    Facsimile: (415) 402-0058
5   Email: info@mcolawoffices.com

6   Craig C. Daniel (SBN 212588)
    Axcel Law Partners LLP
7   Four Embarcadero Center, 14th Floor
    San Francisco, CA 94111
8   Telephone:  415-0704-8800
    Facsimile: 415-704-8804
9   cdaniel@ax-law.com

10  Attorneys for Plaintiff SecuGen Corporation

D. James Pak (SBN 194331)
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone:   +1 858 523 6200
Facsimile:    +1 858 259 8290
D.James.Pak@bakermckenzie.com

Tod Gamlen (SBN 83458)
BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, California 94304
Tel: (650) 856-5504
Fax: (650) 856-9299
Tod.Gamlen@bakermckenzie.com

Attorneys for Defendant Suprema, Inc.

11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**

15  SECUGEN CORPORATION                  | **Case No. 11-CV-3450 SI**

16              Plaintiff,               | **STIPULATION AND [PROPOSED]**
                                         | **ORDER TEMPORARILY STAYING**
17          v.                           | **CASE**

18  SUPREMA, INC.,** *et al.*

19              Defendants.

20

21

22

23

24

25

26

27

28

                        1

Plaintiff SecuGen Corporation ("SecuGen") and Defendant Suprema, Inc. ("Suprema") c ereby otipulate ao followo"

l a i ni AS, tc ere are currently two pendinn lawouito between SecuGen and Supremaf

l a i ni AS, on uuly Co, 20CC, Plaintiff SecuGen filed tc io action for patent infrinnement anainot Defendant Suprema "D.I. CD("tc e SecuGen Patent Infrinnement Action")f

l a i ni AS, on u ctober Co, 20CC, SecuGen filed a Sirot Amended Complaint addinn ao defendanto n 2 a  Acceoo Tecc nolonieo, Inc., n 2 a  b SA, Inc. and Apirary, Inc. on tc e baoio tc at tc ey mar" et or re)oell Suprema⊕ producto in tc e b nited Stateo "D.I. Cf If

l a i ni AS, Suprema⊕ reoponoe to tc e Sirot Amended Complaint io due on December C, 20CC "D.I. C8D and tc e Caoe Mananement Conference c ao been occ eduled for uanuary C0, 20C2 "D.I. C0If

l a i ni AS, on uune C, 20CC, prior to tc e filinn of tc e preoent action, Suprema filed a Declaratory uudnment action in tc io Diotrict Court anainot SecuGen, oee" inn, *inter alia,* a declaration ao yalid and enforceable a "i o Proceedinn Clauoe" in an u i M Anreement between Suprema and SecuGen dated May S, 200b, "Caoe i o. 0"CC)cy) 02C80)l a A ("tc e Suprema Contract Action")D  SecuGen denieo tc at tc e "i o Proceedinn Clauoe" io yalid and enforceable, and c ao counterclaimed for breacc of contract and fraud,

l a i ni AS, in tc e Suprema Contract Action, Suprema alleneo tc at under tc e i o Proceedinn Clauoe SecuGen io precluded from initiatinn any adyeroe proceedinn anainot Suprema, includinn any action for infrinnement of any of SecuGen⊕ IP rinc to, durinn tc e term of tc e u i M Anreement, wc icc io oet to eupire on May S, 20C2f and

l a i ni AS, SecuGen and Suprema anree tc at tc e u i M Anreement doeo not bar SecuGen⊕ purouit of a patent infrinnement action anainot Suprema for producto

2

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130

Case No. 11-CV-3450 SI
JOINT STIPULATION TO STAY

oold or offered for oale on or after May S, 20C2, and tc erefore currently anree, at a minimum, to otay tc e SecuGen Patent Infrinnement Action until May S, 20C2, witc out preaudice to any party oee"inn to eutend oucc otay pendinn reoolution of tc e Suprema Contract Action.

Ta i ni Su ni , IT IS a i ni 22 STIPb LATi D by tc e partieo and tc e partieo reopectfully requeot tc e Court ao followo"

(C)     Tc e preoent SecuGen Patent Infrinnement Action oc all be otayed until May S, 20C2f

(2)     Defendanto reoponoeo to tc e Sirot Amended Complaint in tc e preoent SecuGen Patent Infrinnement Action oc all be due witc in fourteen (Cb) dayo of tc e lift of tc e otayf and

(0)     i otc inn in tc io otipulation preyento any party from requeotinn an eutenoion of tc io otay from tc e Court pendinn reoolution of tc e Suprema Contract Action.

Dated" December C, 20CC               n eopectfully oubmitted,

SecuGen Corporation                Suprema, Inc.

PPPPPPA APPPPPPPPP              PPPPPPA APPPPPPPP
2 rian i . Mitcc ell                D. uameo Pa"

Attorneyo for Plaintiff SecuGen       Attorneyo for Defendant Suprema, Inc.
Corporation

u nDi n

Pb nSb Ai T Tu STIPb LATIu i , IT IS Su u nDi ni D

December Pb, 20CC                PPPPPPA APPPPPPPPPPPPP
                                 Suoan Iloton
                                 b nited Stateo Diotrict uudne

3

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130

Case No. 11-CV-3450 SI
JOINT STIPULATION TO STAY

**ATTESTATION PER GENERAL ORDER 45**

I, Craig C. Daniel, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: December 1, 2011

_____/s/_____
Craig C. Daniel

Attorneys for SecuGen Corporation