| | |
|---|---|
| Brian E. Mitchell (SBN 190095)<br>Jigang Jin (SBN 239465)<br>MITCHELL + COMPANY, LAW OFFICES<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-3515<br>Facsimile: (415) 402-0058<br>Email: info@mcolawoffices.com<br><br>Craig C. Daniel (SBN 212588)<br>Axcel Law Partners LLP<br>Four Embarcadero Center, 14th Floor<br>San Francisco, CA 94111<br>Telephone: 415-0704-8800<br>Facsimile: 415-704-8804<br>cdaniel@ax-law.com<br><br>Attorneys for Plaintiff SecuGen Corporation | D. James Pak (SBN 194331)<br>BAKER & McKENZIE LLP<br>12544 High Bluff Drive, Third Floor<br>San Diego, CA 92130-3051<br>Telephone:  +1 858 523 6200<br>Facsimile:  +1 858 259 8290<br>D.James.Pak@bakermckenzie.com<br><br>Tod Gamlen (SBN 83458)<br>BAKER & McKENZIE LLP<br>660 Hansen Way<br>Palo Alto, California 94304<br>Tel: (650) 856-5504<br>Fax: (650) 856-9299<br>Tod.Gamlen@bakermckenzie.com<br><br>Attorneys for Defendant Suprema, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SECUGEN CORPORATION**<br><br>    Plaintiff,<br><br>    v.<br><br>**SUPREMA, INC.,** *et al*.<br><br>    Defendants. | **Case No. 11-CV-3450 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING CASE** |

1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130-

Case No. 11-CV-3450 SI
JOINT STIPULATION TO STAY

Plaintiff SecuGen Corporation ("SecuGen") and Defendant Suprema, Inc. ("Suprema") hereby stipulate as follows:

WHEREAS, there are currently two pending lawsuits between SecuGen and Suprema;

WHEREAS, on July 13, 2011, Plaintiff SecuGen filed this action for patent infringement against Defendant Suprema (D.I. 1)("the SecuGen Patent Infringement Action");

WHEREAS, on October 13, 2011, SecuGen filed a First Amended Complaint adding as defendants n/k/a Access Technologies, Inc., n/k/a bSA, Inc. and Apirary, Inc. on the basis that they market or resell Suprema's products in the United States (D.I. 15);

WHEREAS, Suprema's response to the First Amended Complaint is due on December 1, 2011 (D.I. 18) and the Case Management Conference has been scheduled for January 10, 2012 (D.I. 10);

WHEREAS, on June 1, 2011, prior to the filing of the present action, Suprema filed a Declaratory Judgment action in this District Court against SecuGen, seeking, *inter alia,* a declaration as valid and enforceable a "No Proceeding Clause" in an OEM Agreement between Suprema and SecuGen dated May 8, 2007, (Case No. 0:11-cv-02180)1:1-A ("the Suprema Contract Action").  SecuGen denies that the "No Proceeding Clause" is valid and enforceable, and has counterclaimed for breach of contract and fraud;

WHEREAS, in the Suprema Contract Action, Suprema alleges that under the No Proceeding Clause SecuGen is precluded from initiating any adverse proceeding against Suprema, including any action for infringement of any of SecuGen's IP rights, during the term of the OEM Agreement, which is set to expire on May 8, 2012; and

WHEREAS, SecuGen and Suprema agree that the OEM Agreement does not bar SecuGen's pursuit of a patent infringement action against Suprema for products

2

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130

Case No. 11-CV-3450 SI
JOINT STIPULATION TO STAY

sold or offered for sale on or after May 8, 2012, and therefore currently agree, at a minimum, to stay the SecuGen Patent Infringement Action until May 8, 2012, without prejudice to any party seeking to extend such stay pending resolution of the Suprema Contract Action.

Thus, IT IS HEREBY STIPULATED by the parties and the parties respectfully request the Court as follows:

(1) The present SecuGen Patent Infringement Action shall be stayed until May 8, 2012;

(2) Defendants responses to the First Amended Complaint in the present SecuGen Patent Infringement Action shall be due within fourteen (14) days of the lift of the stay; and

(3) Nothing in this stipulation prevents any party from requesting an extension of this stay from the Court pending resolution of the Suprema Contract Action.

Dated: December 8, 2011                 Respectfully submitted,


SecuGen Corporation                     Suprema, Inc.

/s/                                     /s/
Brian J. Mitchell                       D. James Pak

Attorneys for Plaintiff SecuGen         Attorneys for Defendant Suprema, Inc.
Corporation



ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

December 8, 2011                        _____
                                        Susan Illston
                                        United States District Judge

3

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130

Case No. 11-CV-3450 SI
JOINT STIPULATION TO STAY

**ATTESTATION PER GENERAL ORDER 45**

I, Craig C. Daniel, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: December 1, 2011

_____/s/_____
Craig C. Daniel

Attorneys for SecuGen Corporation