Brian E. Mitchell (SBN 190095)
Jigang Jin (SBN 239465)
MITCHELL + COMPANY, LAW OFFICES
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3515
Facsimile: (415) 402-0058

Craig C. Daniel (SBN 212588)
AXCEL LAW PARTNERS LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 704.8800
Facsimile: (415) 704.8804
Attorneys for Plaintiff

Attorneys for Plaintiff,
SECUGEN CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECUGEN CORPORATION,<br><br>                    Plaintiff,<br>  vs.<br><br>SUPREMA, INC.; RBH ACCESS TECHNOLOGIES, INC.; RBH USA, INC.; AND APIARY INC.,<br><br>                    Defendant. | Case No.:   11-cv-03450-SI<br><br>NOTICE OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

Civ. No.: 11-cv-03450-SI

Plaintiff SecuGen Corporation, by and through its counsel, hereby states as follows:

1. Plaintiff SecuGen Corporation and Defendant Suprema, Inc. have reached a settlement of this case.

2. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action shall be dismissed <u>with prejudice</u>; and

3. Each side to this action shall bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: February 22, 2012

By:_____/s Brian E. Mitchell
     Brian E. Mitchell
     MITCHELL + COMPANY
     4 Embarcadero Center, Suite 1400
     San Francisco, CA 94111
     Telephone: (415) 766-3515
     Facsimile: (415) 402-0058

*Attorneys for Plaintiff*
*SecuGen Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:____2/22/12_____  By:_____[signature: Susan Illston]_____
     HON. SUSAN ILLSTON, U.S.D.J.

Civ. No.: 11-cv-03450-SI