1  Brian E. Mitchell (SBN 190095)
2  Jigang Jin (SBN 239465)
   MITCHELL + COMPANY, LAW OFFICES
3  4 Embarcadero Center, Suite 1400
   San Francisco, CA 94111
4  Telephone: (415) 766-3515
   Facsimile: (415) 402-0058
5

6  Craig C. Daniel (SBN 212588)
   AXCEL LAW PARTNERS LLP
7  4 Embarcadero Center, Suite 1400
   San Francisco, CA 94111
8  Telephone: (415) 704.8800
   Facsimile: (415) 704.8804
9  Attorneys for Plaintiff

10 Attorneys for Plaintiff,
   SECUGEN CORPORATION
11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECUGEN CORPORATION,<br><br>        Plaintiff,<br>     vs.<br><br>SUPREMA, INC.; RBH ACCESS TECHNOLOGIES, INC.; RBH USA, INC.; AND APIARY INC.,<br><br>        Defendant. | Case No.:   11-cv-03450-SI<br><br>NOTICE OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

Civ. No.: 11-cv-03450-SI

Plaintiff SecuGen Corporation, by and through its counsel, hereby states as follows:

1. Plaintiff SecuGen Corporation and Defendant Suprema, Inc. have reached a settlement of this case.

2. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action shall be dismissed <u>with prejudice</u>; and

3. Each side to this action shall bear its own costs and attorneys' fees.

                                              Respectfully submitted,

DATED:   February 22, 2012

                                     By:_____/s Brian E. Mitchell
                                              Brian E. Mitchell
                                              MITCHELL + COMPANY
                                              4 Embarcadero Center, Suite 1400
                                              San Francisco, CA 94111
                                              Telephone: (415) 766-3515
                                              Facsimile: (415) 402-0058

                                              *Attorneys for Plaintiff*
                                              *SecuGen Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:____2/22/12_____   By:_____/s/ Susan Illston_____
                                              HON. SUSAN ILLSTON, U.S.D.J.